ORDERED.

Dated:  April 25, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re

| | |
|---|---|
| CRAIG CARLTON DEAN, | Case Number 6:15-bk-07837-CCJ |
| DORENE ANNE DEAN | Chapter 7 |
| Debtors.                              / | |

ORDER GRANTING MOTION FOR TURNOVER

THIS CASE came on for consideration on the Motion for Turnover (Doc. No. 42; the "Motion") filed by Carla P. Musselman, Trustee (the "Trustee").  The Court considered the record and finds:

1. The Trustee filed the Motion on March 3, 2016.

2. The Motion contained a certificate of service stating that copies of the Motion were served by either electronic transmission or by first-class United States Mail, postage prepaid, in accordance with F.R.B.P. 7004(b)(1) to: Craig Carlton Dean and Dorene Anne Dean, debtor (the "Debtors") at their record address; Jeffrey Ainsworth, the attorney for the Debtors; and to the Office of the United States Trustee on March 3, 2016.

3. A Notice of Opportunity to Object and for Hearing pursuant to Local Rule 2002 - 4 providing a thirty (30) day plus an additional three (3) day response period (the "Response Period") was included in the Motion.

4. The Response Period passed without a response to the Motion being filed by the Debtors or any other party-in-interest.

Based on the foregoing it is,

ORDERED as follows:

1. The Motion is GRANTED.

2. Craig Carlton Dean and Dorene Anne Dean, the Debtors are ORDERED to turn-over property of the bankruptcy estate pursuant to 11 U.S.C. §541(a) described as below to the Trustee forthwith: (a) Cash valued at $8,000.00; (b) funds held in a FAA Credit Union Account (the "Account") valued at $10,800.00; and (c) non-exempt Federal Income Tax Refund (the "Refund") in the amount of $1,947.78 received by the Debtors after the bankruptcy case was filed; and (d) all Account statements in the Debtors' possession.

3. This Court will retain jurisdiction to hear any additional matters in connection with the Motion, this Order and the Debtors' compliance with this Order.

Copies to:

Attorney John H. Meininger, III is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.